UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DE'AUNDRE BONDS,<br><br>           Petitioner,<br><br>v.<br><br>MATT MARTELL, Warden,<br><br>           Respondent.. | No. CV 08-5105-RGK (FFM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

    IT THEREFORE IS ORDERED that judgment be entered dismissing this action with prejudice as untimely.

DATED: FEB 18 2010

                                       R. GARY KLAUSNER<br>                                       United States District Judge