UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DE'AUNDRE BONDS, | No. CV 08-5105-RGK (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| MATT MARTELL, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: FEB 18 2010

R. GARY KLAUSNER
United States District Judge